966 A.2d 544

**Harold HERRSCHAFT, Appellant**

**v.**

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Jan. 22, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of January, 2009, the Order of the Commonwealth Court is **AFFIRMED,** without prejudice to Appellant's right to seek immediate relief in the Bucks County Court of Common Pleas. *See Commonwealth v. Williams*, 909 A.2d 419 (Pa.Cmwlth.2006) (holding inmate's challenge to county clerk of court's assignment of costs should be filed in the trial court); *Commonwealth v. Parella*, 834 A.2d 1253 (Pa.Cmwlth.2003) (holding inmate's complaint regarding Act 84 deductions should be filed in trial court where inmate seeks to remove financial obligations improperly assigned to him).